**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 233 MAL 2014
:
               Respondent       :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.              :
:
:
:
JAMES WILLIAM FRIEL,       :
:
               Petitioner       :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.